THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LORRIE LANNETTE HENLEY**                                                              **PLAINTIFF**

v.                        Case No. 1:18-cv-00097-KGB

**ANDREW SAUL, COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION**[1]                           **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris on October 15, 2019 (Dkt. No. 12). In her Recommended Disposition, Judge Harris recommends that the decision of Andrew Saul, the Commissioner of the Social Security Administration ("the Commissioner"), be affirmed. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Harris' conclusion.

Therefore, the Court adopts the Recommend Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 12). The Court affirms the Commissioner's final decision finding that plaintiff Lorrie Lannette Henley is not disabled. This case is dismissed with prejudice.

It is so ordered this 2nd day of March, 2020.

                                                            Kristine G. Baker
                                                            United States District Judge

---

[1] Andrew M. Saul was confirmed as Commissioner of the Social Security Administration on June 6, 2019. Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Saul is automatically substituted as a party.