THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LORRIE LANNETTE HENLEY**                                                  **PLAINTIFF**

**v.**                             **Case No. 1:18-cv-00097-KGB**

**ANDREW SAUL, COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**[1]                                **DEFENDANT**

## JUDGMENT

The decision of Andrew Saul, the Commissioner of the Social Security Administration, is affirmed. Plaintiff Lorrie Lannette Henley's complaint is dismissed with prejudice. The relief requested is denied.

It is so adjudged this 2nd day of March, 2020.

                                                _____
                                                Kristine G. Baker
                                                United States District Judge

---

[1] Andrew M. Saul was confirmed as Commissioner of the Social Security Administration on June 6, 2019. Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Saul is automatically substituted as a party.